FILED
CLERK, U.S. DISTRICT COURT

SEP 9 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Sonseeahray Elaine Rodriguez <br> Defendant. | Case No.: ED15MJ344 <br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- SUBMISSION TO DETENTION
- NO IDENTIFIED Bail RESOURCES
- UNDERLYING OFFENSE

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18
5           U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 9/9/15

16                                    HONORABLE DAVID T. BRISTOW
                                      United States Magistrate Judge